

Filed
Clerk of Court
United States District Court
By Morgan Akins
On:_____4/15/2026_____

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| BRANDON DEVONTAE KEMP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 326-006 |
| | ) | |
| ANDREW MCFARLEN, Warden; TONJA | ) | |
| KIETH, Warden of Care and Treatment; | ) | |
| VERONICA STEWART, Assistant Warden, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint for failure to state a claim upon which relief may be granted, and **CLOSES** this civil action.

SO ORDERED this 15th day of April, 2026, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE